# In the United States Court of Federal Claims

No. 13-942C
(Filed: September 7, 2017)

* * * * * * * * * * * * * * * * * * * * *

ROBERT S. DAVIDSON, d/b/a
PLASTERTECH,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant,

* * * * * * * * * * * * * * * * * * * * *

## PRETRIAL ORDER

As stated on the record during the pretrial conference held on September 5, 2017, the following is ordered:

1. Defendant's motion *in limine* to exclude plaintiff's expert Jim Timmins is denied.

2. Plaintiff's motion *in limine* to exclude defendant's rebuttal expert witness Daniel Piazza is denied.

3. Plaintiff's motion *in limine* to exclude the testimony of Bruce Isaacson and limit the testimony of Christopher Bokhart is denied.

4. Both parties' motions for leave to file amended exhibit lists are granted. We deem the attached amended exhibit lists as having been filed on this date.

Trial will commence at 9:00 am on September 11, 2017, in Courtroom 6 at the National Courts Building in Washington, DC. Trial will conclude no later than on September 22, 2017. Per the parties' request, witnesses other than party

representatives will be sequestered pursuant to Federal Rule of Evidence 615.

                                                     s/Eric G. Bruggink
                                                     ERIC G. BRUGGINK
                                                     Senior Judge