ROBERT S. DAVIDSON v. USA

CASE NO. 13-942C

VOLUMES 1-8

MASTER INDEX

| WITNESS: | DIRECT | CROSS | REDIRECT | RECROSS | VOIR | COURT |
|---|---|---|---|---|---|---|
| Betts | 2-436 | 2-475 | 2-498 | | | |
| Bokhart | 7-1547 | | | | 7-1560 | |
| | 7-1581 | 7-1659 | 7-1769 | 7-1771 | | |
| Davidson | 1-52 | 1-204 | 1-249 | | | |
| | | 1-250 | | | | |
| | | 2-303 | 2-333 | | | |
| Gicker | 3-810 | 3-863 | | | | |
| | | 4-932 | | | 4-948 | |
| | | 4-951 | 4-958 | 4-1006 | | |
| | | | 4-1013 | 4-1014 | | |
| Isaacson | 6-1265 | | | | 6-1276 | |
| | 6-1293 | 6-1327 | 6-1365 | | | |
| Keller | 7-1459 | | | | 7-1462 | |
| | 7-1473 | | | | | |
| Kirby | 5-1028 | 5-1097 | 5-1111 | 5-1120 | | |
| McCaffrey | 3-654 | | | | | |
| Piazza | 7-1475 | | | | 7-1488 | |
| | 7-1502 | 7-1522 | 7-1543 | | | |
| Quinn | 2-500 | | | | | |
| | 2-574 | 3-592 | 3-610 | | | |
| Stratton | 3-619 | 3-633 | 3-648 | | | |

Timmins      6-1137                                6-1165
             6-1172   6-1367  6-1445   6-1452

| JX | PAGE | DESCRIPTION |
|---|---|---|
| 1 | 1-97 | [2012.01.16] Copyright Certificate of Registration No. VAu 1-090-876 (DTX1; PTX155) |
| 2 | 1-97 | [2013.11.15] Copyright Certificate of Registration No. VA 1-882-070 (DTX2; PTX162) |
| 3 | 1-97 | [2013.11.15] Copyright Certificate of Registration No. VAu 1-149-387 (DTX3; PTX161) |
| 4 | 1-97 | Copyright Deposit VA 1-882-070 (DTX7; PTX192) |
| 5 | 1-97 | Copyright Correspondence VA 1-882-070 (DTX8; PTX192) |
| 6 | 1-97 | Copyright Deposit VAu 1-090-876 (DTX9; PTX192) |
| 7 | 1-97 | Copyright Correspondence VAu 1-149-387 (DTX10; PTX160) |
| 8 | 1-97 | [1995.09.26] PlasterTech Proposal to Jeff Whittle for the Statue of Liberty at the NY-NY Hotel (DTX24; PTX7) |
| 9 | 1-97 | [1995.10.26] RDC Letter of Intent from Jeffrey Whittle to Robert S. Davidson (DTX25; PTX8) |
| 10 | 3-809 | Plaintiff's Affirmative Deposition Designations |
| 11 | 7-1772 | Postal Bulletin 22061 (10-18-01), Pages 43-44 |
| 12 | 7-1776 | Sarah Handwerger transcript withdesignations |
| 13 | 7-1776 | Sidney Brown transcript with designations |

| PX | PAGE | DESCRIPTION |
|---|---|---|
| 4 | 1-63 | 1994 September/October, Southwest Passages Magazine Cover (R. Davidson Dep. Ex. 16) (DAV000769-DAV000769) |
| 29 | 8-1790 | 2008.06.30 Email from S. Brown to S. Brown forwarding email from T. McCaffrey to M. Owens re: Flag & Statue of Liberty Images, (S. Brown Dep. Ex. 6)   (PA-RA0000218) |
| 31 | 4-952 | 2008.07.24-2008.07.25 Executive Summary, Citizens' Stamp Advisory Committee (Gicker Dep. Ex. 9; McCaffrey Dep. Ex. 3)   (USPS 5964-USPS 5972) |
| 37 | 4-930 | 2008.08.30 Email from L. Owens to S. Kearney re: FW: Lady Liberty stamp image, (S. Brown Dep. Ex. 5, Handwerger Dep. Ex. 4; Gicker Dep. Ex. 5; McCaffrey Dep. Ex. 25; MSJ Ex. 16) (USPS00001114-USPS00001118) |
| 41 | 8-1789 | 2009.01.07 Email from T. McCaffrey to S. Brown, S. Handwerger, M. Owens re: Priorities in te Approved Bank (Handwerger Dep. Ex. 10; McCaffrey Dep. Ex. 8)   (PA-RA0000228) |
| 42 | 8-1790 | 2009.02.03 Email from S. Handwerger to S. Brown Fwd: Statue of Liberty (S. Brown Dep. 15; Gicker Dep. Ex. 21)   (PA-RA0000132-PA-RA0000133) |
| 53 | 8-1790 | 2010.05.05 Email from S. Handwerger to S. Brown re: Forever Statue of Liberty Design (S. Brown Dep. Ex. 20; Handwerger Dep. Ex. 12)   (PA-RA0000055-PA-RA0000056) |
| 57 | 8-1790 | 2010.05.25 Addendum to Getty Images Editorial an Rights Managed License Agreement (Gicker Dep. Ex. 19; Handwerger Dep. Ex. 6)   (PA-RA0000001-PA-RA0000011) |
| 62 | 4-930 | 2010.07.02 Email from L. Owens to D. Failor, W. Gicker, T. McCaffrey, C. Delaney, K. Hussain, C. Tackett, J. Brockert re: Stamp Decisions (McCaffrey Dep. Ex. 17)   (USPS00006528) |
| 66 | 2-506 | 2010.08.12 Liberty Flag Forever ATM18bklt3018 v1.  Stamps and cover received from subpoena that was served on Journey Group (DAV_JG_RESTRICTED000497-DAV_JG_RESTRICTED000498) |

| PX | PAGE | DESCRIPTION |
|---|---|---|
| 68 | 8-1789 | 2010.08.27 Email from E. Kriemelmeyer to W. Gicker, T. McCaffrey, D. Nielsen, K. Kimmel, J. Arnold, S. Sharp, M. Hall, M. Owens, L. Owens, A. Unsell, S. Brown re: Lady Liberty and Flag Forever 2011 booklet files (McCaffrey Dep. Ex. 18)  (USPS00006661-USPS00006666) |
| 69 | 4-969 | 2010.10.06 Email from T. McCaffrey to M. Owens re: Urgent: 2011 Update (McCaffrey Dep. Ex. 19)  (USPS00000806-USPS00000808) |
| 74 | 8-1789 | 2010.12.01; 2011.09.14; 2011.04.08 American Commemorative Cancellations (McCaffrey Dep. Ex. 22; MSJ Ex. 21)  (USPS 10970-USPS 10972) |
| 75 | 2-467 | 2010.12.06 Email from R. Betts to D. Failor, L. Owens re Postal Bulletin, (Betts Dep. Ex. 42)  (USPS00007155-USPS00007159) |
| 76 | 2-397 | 2010.12.09 USPS Postal News: A Holiday Gift to Business Mailer Courtesy of the Postal Service, 2010. (Betts Dep. Ex. 40)  (USPS 10766-USPS 10767) |
| 80 | 8-1789 | 2011 Stamps images (McCaffrey Dep. Ex. 23)  (USPS00000967-USPS00000968) |
| 81 | 8-1790 | 2011.03.18 Email from S. Brown to F. Millikan, M. Owens, cc: P. Mashore, R. Swygert-Smith Fwd: Lady Liberty Profile (S. Brown Dep. Ex. 21)  (PA-RA0000234-PA-RA0000235) |
| 82 | 8-1790 | 2011.03.18 Email from S. Brown to J. Nading, A. Joyce Fwd: All the places info about Lady Liberty appears (S. Brown Dep. Ex. 22; MSJ Ex. 18)  (PA-RA0000328) |
| 84 | 2-385 | 2011.03.19 Email from R. Betts to L. Owens re: Lady Liberty, (Betts Dep. Ex. 59)  (USPS00007805) |
| 85 | 4-930 | 2011.03.20 Email from L. Owens to S. Kearney re: Wrong Image on Stamp, (Betts Dep. Ex. 48; Gicker Dep. Ex. 13; MSJ Ex. 15)  (USPS00001111-USPS00001112) |
| 95 | 3-858 | 2011.03.23 Memo from M. Dominguez to P. Donahoe re: Lady Liberty Forever Stamp Image (McCaffrey Dep. Ex. 26)  (USPS00001160-USPS00001164) |
| 96 | 2-393 | 2011.03.24 Email from L. Owens to R. Betts re Lady Liberty & Flag, (Betts Dep. Ex. 45)  (USPS00007897) |
| 97 | 2-395 | 2011.03.25 Email from R. Betts to L. Owens re Lady Liberty & Flag press release, (Betts Dep. Ex. 44)  (USPS00007902) |

| PX | PAGE | DESCRIPTION |
|---|---|---|
| 104 | 4-930 | 2011.04.14 Email from L. Owens to A. Alcala; B. Bailar, C. Brick, C. Rodriguez, D. Gioia, D. deVarona, H. Gates, E. Madsen, S. Harris, J. Klug, cc: M. Heyman, J. Helfand, J. Firstenberg, S. Kearney re: Lady Liberty & Flag Stamp (Gicker Dep. Ex. 14; MSJ Ex. 24) (USPS00008107-USPS00008109) |
| 106 | 2-370 | 2011.04.14 Email from L. Owens to R. Betts re: Wrong Image on Stamp, (Betts Dep. Ex. 46) (USPS00008134-USPS00008135) |
| 108 | 2-406 | 2011.04.14 Email from R. Betts to S. Pulcrano, J. Veto, G. McKiernan re: New York Times (MSJ Ex. 23)  (USPS 000129-USPS 000132) |
| 109 | 2-417 | 2011.04.14 New York Times Article, "This Lady Liberty is a Las Vegas Teenager," http://www.nytimes.com/2011./04/15/us/15stamp.html (Bokhart Dep. Ex. 3; Betts Dep. Ex. 60; Gicker Dep. Ex. 25; McCaffrey Dep. Ex. 29)  (DAV000439 – DAV000440) |
| 110 | 2-432 | 2011.04.15 ABC News Article, "U.S. Postal Service Used Las Vegas Replica for Statue of Liberty Stamp," http://abcnews.go.com/US/postal-service-las-vegas-replica-statue-liberty-stamp/story?id=13382856 (Betts Dep. Ex. 51) (DAV000448 – DAV000449) |
| 118 | 4-930 | 2011.04.15 Email from S. Harris to L. Owens, cc: A. Alcala, B. Bailar, C. Brick, C. Rodriguez, D. Gioia, D. deVarona, E. Madsen, J. Klug, H. Gates, M. Heyman, J. Helfand, J. Firstenberg, S. Kearney re: Lady Liberty (McCaffrey Dep. Ex. 27; MSJ Ex. 22)  (USPS 000224-USPS 000229) |
| 121 | 2-436 | 2011.04.15 Los Angeles Times Article, "What are the odds? Las Vegas replica of Statue of Liberty, not the real one, appears on U.S. postage stamp – forever," http://articles.latimes.com/print/2011/apr/15/news/la-trb-lady-liberty-stamp-2011.0415 (Betts Dep. Ex. 47)  (DAV000452) |
| 131 | 2-442 | 2011.04.16 The Federal Eye Article: Postal Service uses replica of Statue of Liberty in new stamp, (Betts Dep. Ex. 36)  (USPS 00696-USPS 00697) |

| PX | PAGE | DESCRIPTION |
|---|---|---|
| 133 | 2-456 | 2011.04.18 NY Daily News article: Postal Service must cancel its Statue of Liberty stamps that bear a picture of the Las Vegas copy, (Betts Dep. Ex. 50)  (USPS 00694-USPS 00695) |
| 134 | 2-474 | 2011.04.19 Email exchange between R. Betts, S. Kearney, S. Quinn, C. Delaney re NYT Article (Betts Dep. Ex. 39)  (USPS00008386-USPS00008389) |
| 137 | 8-1789 | 2011.04.20 Email from T. McCaffrey to L. Owens re: History (McCaffrey Dep. Ex. 28)  (USPS00008438) |
| 139 | 2-460 | 2011.04.21 Email from R. Betts to S. Kearney, forwarding email exchange re Hicks: Stamp of disapproval - York Dispatch (Betts Dep. Ex. 38)  (USPS 00008447) |
| 140 | 4-971 | 2011.04.21-2011.04.22 Executive Summary, The Citizens' Stamp Advisory Committee (Gicker Dep. Ex. 8)  (PA-RA00000382-PA-RA00000389) |
| 145 | 4-930 | 2011.05.11 Email from L. Owens to K. Weaver, cc: S. Kearney re: Congressional Inquiry-Statue of Liberty Stamp (Gicker Dep. Ex. 23; MSJ Ex. 25)  (USPS00001408-USPS00001410) |
| 146 | 8-1789 | 2011.05.16 Email from C. Delaney to T. McCaffrey, cc: L. Owens re: Quick Question (McCaffrey Dep. Ex. 31)  (USPS00008837-USPS00008838) |
| 148 | 2-461 | 2011.06.01 Email from C. Delaney to R. Betts re Lady Liberty, (Betts Dep. Ex. 43; Stratton Dep. Ex. 31)  (USPS00008879) |
| 151 | 3-838 | 2011.06.08 Letter from M. Dominguez to Congressman E. Engel re: Lady Liberty and U.S. Flag stamps   (USPS 89853-USPS 89855) |
| 152 | 5-1110 | 2011.07.01 License Agreement between USPS and Cranston, a Division of Cranston Print Works Company  (USPS 91021-USPS 91055) |
| 154 | 3-586 | 2011.12.12 Email from M. Matousek to J. Stratton, cc: S. Kearney, C. Tackett re: Synovate Stamp Retention Estimates and Categories (Stratton Dep. Ex. 32)  (USPS00009747-USPS00009748) |

| PX | PAGE | DESCRIPTION |
|---|---|---|
| 154A | 3-575 | Updated version, 2011.12.12 Email from M. Matousek to J. Stratton, cc: S. Kearney, C. Tackett re: Synovate Stamp Retention Estimates and Categories (Stratton Dep. Ex. 32) (USPS00009747-USPS00009748) Single Page Demonstrative |
| 157 | 5-1074 | 2012.08.01 License Agreement between USPS and The Vintage Sign Company (USPS 91056-USPS 91089) |
| 158 | 5-1080 | 2012.08.01 License Agreement between USPS and White Mountain Puzzles, Inc. (USPS 91090-USPS 91123) |
| 173 | 8-1789 | 2013.11.22 USPS Stamp Announcement 11-01, undated, regarding issuance of Lady Liberty/Flag Forever Stamps (McCaffrey Dep. Ex. 20) (DAV000369 – DAV000371) |
| 188 | 8-1789 | 2013.12.04 Email from L. Owens to T. McCaffrey re: Not again!!! (McCaffrey Dep. Ex. 4; MSJ Ex. 28) (USPS00010655) |
| 195 | 5-1086 | 2015.01.01 License Agreement between USPS an MBI, Inc. (USPS 91145-USPS 91176) |
| 198 | 8-1790 | 2015.01Printout from PhotoAssist, Inc. website (S. Brown Dep. Ex. 3, Handwerger Dep. Ex. 1) (DAV000675 – DAV000732) |
| 212 | 3-588 | 2016.02.09 Defendant's Objections and First Supplemental Responses to Interrogatory Nos. 2, 3 and 7 (MSJ Ex. 29) |
| 215 | 4-988 | 2016.04.27 Defendant's Objections and First Supplemental Response to Interrogatory No. 6 |
| 229 | 8-1789 | Lady Liberty and U.S. Flag Stamp Profile (Bokhart Dep. Ex. 2; McCaffrey Dep. Ex. 1) (PA-RA0000501-PA-RA0000502) |
| 231-17 | 1-187 | Newspaper articles, various dates, regarding the construction of Las Vegas Lady Liberty Statue (R. Davidson Dep. Ex. 30) (DAV000017 – DAV000050) |
| 233-1 & 233-2 | 1-82 | Photographs showing construction of the Sphinx face and Las Vegas Lady Liberty Statue, various dates (R. Davidson Dep. Ex. 6; MSJ Ex. 11) (DAV000051 – DAV000366) |
| 233-49 through 233-52 | 1-128 | Photographs showing construction of the Sphinx face and Las Vegas Lady Liberty Statue, various dates (R. Davidson Dep. Ex. 6; MSJ Ex. 11) (DAV000051 – DAV000366) |

| PX | PAGE | DESCRIPTION |
|---|---|---|
| 233-62 | 1-158 | Photographs showing construction of the Sphinx face and Las Vegas Lady Liberty Statue, various dates (R. Davidson Dep. Ex. 6; MSJ Ex. 11) (DAV000051 – DAV000366) |
| 233-100 | 1-173 | Photographs showing construction of the Sphinx face and Las Vegas Lady Liberty Statue, various dates (R. Davidson Dep. Ex. 6; MSJ Ex. 11) (DAV000051 – DAV000366) |
| 233-195 through 233-201 | 1-160 | Photographs showing construction of the Sphinx face and Las Vegas Lady Liberty Statue, various dates (R. Davidson Dep. Ex. 6; MSJ Ex. 11) (DAV000051 – DAV000366) |
| 233-216 & 233-217 | 1-137 | Photographs showing construction of the Sphinx face and Las Vegas Lady Liberty Statue, various dates (R. Davidson Dep. Ex. 6; MSJ Ex. 11) (DAV000051 – DAV000366) |
| 233-223 & 233-224 | 1-150 | Photographs showing construction of the Sphinx face and Las Vegas Lady Liberty Statue, various dates (R. Davidson Dep. Ex. 6; MSJ Ex. 11) (DAV000051 – DAV000366) |
| 233-260 | 1-156 | Photographs showing construction of the Sphinx face and Las Vegas Lady Liberty Statue, various dates (R. Davidson Dep. Ex. 6; MSJ Ex. 11) (DAV000051 – DAV000366) |
| 233-269 | 1-155 | Photographs showing construction of the Sphinx face and Las Vegas Lady Liberty Statue, various dates (R. Davidson Dep. Ex. 6; MSJ Ex. 11) (DAV000051 – DAV000366) |
| 233-290 | 1-181 | Photographs showing construction of the Sphinx face and Las Vegas Lady Liberty Statue, various dates (R. Davidson Dep. Ex. 6; MSJ Ex. 11) (DAV000051 – DAV000366) |
| 233-296 | 1-180 | Photographs showing construction of the Sphinx face and Las Vegas Lady Liberty Statue, various dates (R. Davidson Dep. Ex. 6; MSJ Ex. 11) (DAV000051 – DAV000366) |
| 233-297 | 1-178 | Photographs showing construction of the Sphinx face and Las Vegas Lady Liberty Statue, various dates (R. Davidson Dep. Ex. 6; MSJ Ex. 11) (DAV000051 – DAV000366) |
| 233-301 | 1-183 | Photographs showing construction of the Sphinx face and Las Vegas Lady Liberty Statue, various dates (R. Davidson Dep. Ex. 6; MSJ Ex. 11) (DAV000051 – DAV000366) |

| PX | PAGE | DESCRIPTION |
|---|---|---|

| PX | PAGE | DESCRIPTION |
|---|---|---|
| 233-312 & 233-313 | 1-189 | Photographs showing construction of the Sphinx face and Las Vegas Lady Liberty Statue, various dates (R. Davidson Dep. Ex. 6; MSJ Ex. 11) (DAV000051 – DAV000366) |
| 234-1 | 1-152 | Photographs taken by Plaintiff, Robert Davidson (R. Davidson Dep. Ex. 9 & 15; MSJ Ex. 8) (DAV0000770-DAV0000864) |
| 234-17 | 1-146 | Photographs taken by Plaintiff, Robert Davidson (R. Davidson Dep. Ex. 9 & 15; MSJ Ex. 8) (DAV0000770-DAV0000864) |
| 234-33 & 234-34 | 1-140 | Photographs taken by Plaintiff, Robert Davidson (R. Davidson Dep. Ex. 9 & 15; MSJ Ex. 8) (DAV0000770-DAV0000864) |
| 234-35 & 234-36 | 1-87 | Photographs taken by Plaintiff, Robert Davidson (R. Davidson Dep. Ex. 9 & 15; MSJ Ex. 8) (DAV0000770-DAV0000864) |
| 234-38 | 1-142 | Photographs taken by Plaintiff, Robert Davidson (R. Davidson Dep. Ex. 9 & 15; MSJ Ex. 8) (DAV0000770-DAV0000864) |
| 234-40 & 234-41 | 1-117 | Photographs taken by Plaintiff, Robert Davidson (R. Davidson Dep. Ex. 9 & 15; MSJ Ex. 8) (DAV0000770-DAV0000864) |
| 234-42 | 1-242 | Photographs taken by Plaintiff, Robert Davidson (R. Davidson Dep. Ex. 9 & 15; MSJ Ex. 8) (DAV0000770-DAV0000864) |
| 234-47 through 234-50 | 1-113 | Photographs taken by Plaintiff, Robert Davidson (R. Davidson Dep. Ex. 9 & 15; MSJ Ex. 8) (DAV0000770-DAV0000864) |
| 234-56 & 234-57 | 1-113 | Photographs taken by Plaintiff, Robert Davidson (R. Davidson Dep. Ex. 9 & 15; MSJ Ex. 8) (DAV0000770-DAV0000864) |
| 234-65 | 1-117 | Photographs taken by Plaintiff, Robert Davidson (R. Davidson Dep. Ex. 9 & 15; MSJ Ex. 8) (DAV0000770-DAV0000864) |
| 234-83 through 234-86 | 1-110 | Photographs taken by Plaintiff, Robert Davidson (R. Davidson Dep. Ex. 9 & 15; MSJ Ex. 8) (DAV0000770-DAV0000864) |
| 236 | 1-102 | Schematics from Lady Liberty Statue, various dates (R. Davidson Dep. Ex. 7 & 8) (DAV0000491 – DAV000507) |

| PX | PAGE | DESCRIPTION |
|---|---|---|
| 241 | 1-192 | USPS stamp Dimensions and Statistics: Statue of Liberty and Flag 2011 - booklet 20, E1054123 - with attachments of stamps and cover sheets received from subpoena that was served on Journey Group (McCaffrey Dep. Ex. 2) (DAV_JG_RESTRICTED000478 DAV_JG_RESTRICTED000480) |
| 243 | 5-1131 | 2011.03.21 Email from PMG Office to S. Kearney re: FW: Statue of Liberty Forever stamp-more information (USPO00001119-USPS00001126) |
| 244 | 2-451 | 2001.03.21 Email from Layne Owens to Roy Betts, cc Joanne Veto re:  wrong image on stamp |
| 245 | 5-1131 | Email from Mr. Kearney to Mr. Owens |

| DX | PAGE | DESCRIPTION |
|---|---|---|
| 6 | 1-291 | Deposit for Vau 388-274 |
| 28 | 4-951 | Philatelic Agreement; USPS - Andy Warhol |
| 29 | 2-322 | Tax Forms |
| 30 | 2-323 | Tax Forms |
| 46 | 4-951 | Philatelic Agreement; USPS - The Curtis |
| 48 | 4-951 | Philatelic Agreement; USPS - Artists |
| 49 | 4-951 | Philatelic Agreement; USPS - The Curtis |
| 50 | 4-951 | USPS agreement - OvoWorks |
| 56 | 4-944 | USPS - "Stamp Announcement 01-02: Statue |
| 58 | 4-951 | USPS agreement - George Johnson |
| 59 | 4-951 | USPS Stamp Design Art Contract - Liberty |
| 64 | 4-944 | Stamp Announcement 05-32; Lady Liberty |
| 65 | 4-944 | Stamp Announcement 05-35; Lady Liberty |
| 66 | 4-944 | Stamp Announcement 06-08; Lady Liberty |
| 67 | 4-944 | Stamp Announcement 06-16; Lady Liberty |
| 68 | 4-951 | MFA Boston - USPS license for Bierstadt |
| 69 | 4-944 | Stamp Announcement 06-43; Lady Liberty |
| 74 | 4-951 | USPS Photo Philatelic Agreement - Landov |
| 90 | 8-1789 | Contract - Addendum to Getty Images |
| 94 | 4-951 | Contract - Photo Philatelic Agreement |
| 102 | 8-1789 | American Commemorative Cancellations; Lady Liberty & Flag First Day(s) of Issue |
| 106 | 8-1797 | Re: Lady Liberty |
| 118 | 1-276 | Davidson - Rupert - "Fwd: Las Vegas |
| 129 | 4-951 | USPS Photo Philatelic Agreement - |
| 134 | 5-1093 | License Agreement; USPS - MBI, Inc. |
| 191 | 4-951 | USPS Statue of Liberty Licenses |

| DX | PAGE | DESCRIPTION |
|---|---|---|
| 196 | 3-882 | American Icons; Statute of Liberty |
| 198 | 2-330 | Statue Labor accounting, handwritten |
| 199 | 2-331 | Statue Material accounting, handwritten |
| 217 | 1-282 | 1876, No. 9939 G Record of Copyright |
| 218 | 3-618 | Spreadsheet (USPS00001772) |
| 310 | 1-206 | Plaintiff's Supplemental Answers to the |