# In the United States Court of Federal Claims

No. 13-942C
(Filed: November 29, 2017)

* * * * * * * * * * * * * * * * * * * * *

ROBERT S. DAVIDSON, d/b/a
PLASTERTECH,

           Plaintiff,

v.

THE UNITED STATES,

           Defendant,

* * * * * * * * * * * * * * * * * * * * *

## ORDER

Pursuant to the agreement of the parties regarding deposition testimony admitted into the record during trial, the parties' cross-motions for leave to file substantive evidence by deposition are denied as moot.

                                      s/Eric G. Bruggink
                                      ERIC G. BRUGGINK
                                      Senior Judge