# In the United States Court of Federal Claims

No. 13-942 C

**ROBERT S. DAVIDSON**

    **Plaintiff**

    **JUDGMENT**

    v.

**THE UNITED STATES**

    **Defendant**

Pursuant to the court's Opinion, filed June 29, 2018 and Order, filed September 4, 2018,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiff recover of and from the United States the sum of $4,249,679.46.   Costs to plaintiff.

|  |  |  |
|---|---|---|
|  | | Lisa L. Reyes<br>Clerk of Court |
| **September 4, 2018** | By : | s/ Anthony Curry |
|  |  | Deputy Clerk |

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>.   Filing fee is $505.00.