NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBERT S. DAVIDSON**, dba Plaster Tech,
*Plaintiff - Cross-Appellant*

v.

**UNITED STATES,**
*Defendant - Appellant*

---

19-1181, -1225

---

Appeals from the United States Court of Federal Claims in No. 1:13-cv-00942-EGB, Senior Judge Eric G. Bruggink.

---

### **O R D E R**

The parties having so agreed, it is

ORDERED that the proceedings are DISMISSED under Fed. R. App. P. 42 (b). Each party shall bear its own costs.

FOR THE COURT

|                |                                      |
|----------------|--------------------------------------|
| March 13, 2019 | /s/ Peter R. Marksteiner             |
|                | Peter R. Marksteiner                 |
|                | Clerk of Court                       |

**ISSUED AS A MANDATE:** March 13, 2019